**S. BRETT SUTTON**
Nevada Bar No. 12109
**JARED HAGUE**
Nevada Bar No. 12761
**JOSE CARMONA**
Nevada Bar No. 14494
**SUTTON HAGUE LAW CORPORATION, P.C.**
5200 N. Palm Avenue, Suite 203
Fresno, California 93704
Telephone: (559) 325-0500
Facsimile: (559) 981-1217
brett@suttonhague.com
jared@suttonhague.com
jose@suttonhague.com

Attorneys for Defendant: Precision Valve, Inc.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

**SOUTHERN DIVISION**
* * *

| | |
|---|---|
| MICHAEL OSWELL, an individual,<br><br>PLAINTIFF,<br><br>vs.<br><br>PRECISION VALVE, INC., a Nevada corporation; DOES I through X, and ROE Corporations XI through XX, inclusive,<br><br>DEFENDANTS. | Case No.: 2:21-CV-02173-APG-DJA<br><br>**STIPULATION AND [PROPOSED] ORDER FOR LEAVE TO FILE DEFENDANT'S ANSWER**<br><br>**Removal Date:** December 9, 2021<br>**Trial Date:**     Non Set |

Plaintiff Michael Oswell (hereinafter "Plaintiff") and Defendant Precision Valve, Inc. ("Defendant") (collectively "the Parties"), by and through their attorneys of record, hereby submit the following Stipulation and [Proposed] Order granting leave to Defendant to file its Answer to Plaintiff's First Amended Complaint.

WHEREAS, Plaintiff filed his Complaint in the Eighth Judicial District Court for Clark County, State of Nevada on September 20, 2021.

WHEREAS, Plaintiff served Defendant with the Complaint on November 12, 2021.

WHEREAS, Plaintiff filed his First Amended Complaint in the Eighth Judicial District Court for Clark County, State of Nevada on November 22, 2021.

WHEREAS, Plaintiff filed proof of service for the First Amended Complaint with a service date of November 23, 2021.

WHEREAS, Defendant has no record of being served on that date, but is not contesting service of the First Amended Complaint.

WHERAS, Defendant timely removed this matter to the Instant Court on December 9, 2021.

WHEREAS, the Parties respectfully request that the Court refrain from entering an Order of Default against Defendant, and therefore:

IT IS HEREBY STIPUALTED AND AGREED, that Defendant shall have until January 7, 2022 to file its Answer to the First Amended Complaint.

IT IS FURTHER STIPULATED AND AGREED, that Defendant can file its Answer to Plaintiff's First Amended Complaint on or before January 7, 2022.

Dated: January 6, 2022      SUTTON HAGUE LAW CORPORATION, P.C.

By: _____
S. BRETT SUTTON
JARED HAGUE
JOSE CARMONA
Attorneys for Defendant,
*Precision Valve, Inc.*

Dated: January 6, 2022      GABROY LAW OFFICES

By:  /s/ Kaine Messer
CHRISTIAN GABROY
KAINE MESSER
Attorneys for Plaintiff,
*Michael Oswell*

**ORDER GRANTING DEFENDANT LEAVE TO FILE ITS ANSWER**

IT IS ORDERED, ADJUDGED AND DECREED, that Defendant shall have until January 7, 2022 to file its Answer to the First Amended Complaint.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: January 7, 2022